JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIJUAN ZHOU,<br><br>       Plaintiff,<br><br>       v.<br><br>JADDOU UR MENDOZA, Director of the United States Citizenship and Immigration Services; SUSAN M. CURDA as District Director of the Western Region Los Angeles District Office of the United States Citizenship and Immigration Services; and CORINA LUNA Los Angeles Field Office Director the United States Citizenship and Immigration Services<br><br>       Defendants. | Case No.  2:23-cv-00246-JLS-MRW<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION (Doc. 9)** |

1 | The Court, having read and considered the parties' Joint Stipulation to Stay the
2 | Case Pending Adjudication of Application (Doc. 9), and finding good cause therefor,
3 | HEREBY ORDERS that the instant action shall be stayed until November 29, 2023. No
4 | later than that date, Plaintiff shall file a notice of dismissal or status report in the action.

7 | DATED: April 3, 2023

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE